TRINA A. HIGGINS, United States Attorney (#7349)
RYAN N. HOLTAN, Special Assistant United States Attorney (#13244)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: ryan.holtan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ANGEL EFREN MEZA-BELTRAN, Defendants. | Case No. 2:24-mj-01046 DAO<br><br>MOTION TO UNSEAL CRIMINAL CASE<br><br>Magistrate Judge Daphne A. Oberg |
|---|---|

The United States of America, by and through Ryan N. Holtan, Special Assistant United States Attorney, hereby requests this Court to unseal the above-entitled matter on the basis that the sealing no longer exists.

THEREFORE, it is respectfully requested that the seal be lifted.

Respectfully submitted this 7th day of January, 2025.

TRINA A. HIGGINS
United States Attorney


*/s/ Ryan N. Holtan*
RYAN N. HOLTAN
Special Assistant United States Attorney