TRINA A. HIGGINS, United States Attorney (#7349)
RYAN N. HOLTAN, Special Assistant United States Attorney (#13244)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: ryan.holtan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ANGEL EFREN MEZA-BELTRAN, Defendant. | Case No. 2:24-mj-01046 DAO ORDER TO UNSEAL CRIMINAL CASE Magistrate Judge Daphne A. Oberg |
|---|---|

The Court, based upon the foregoing Government's Motion to Unseal Criminal Case, and good cause appearing, hereby orders that the seal is lifted in the above-entitled matter.

DATED this _____ day of January, 2025.

_____
DAPHNE A. OBERG, MAGISTRATE JUDGE
United States District Court